# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 JUL 31 P 3: 24
CLERK OF COURT

(Full name of plaintiff(s))

Alexander D. Kane

v.

(Full name of defendant(s))

Milwaukee County

Case Number:

25-C 1124

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)
   3573 S 84th Street
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **Milwaukee county**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____
_____
_____
_____
_____
_____
_____
_____

Complaint – 2

On April 2022 at approximate 9:45 am plaintiff Alexander D Kane was at his residents 3573 s 84th street Milwaukee, WI 53228 the Milwaukee County police and swat blow open both front and side door with AR's pointing at Mr. Kanes head, yelling at him to get on the ground or their shoot claiming arrest warrant. The head swat office took alexander d Kane to his vehicle while the rest of the officers was searching Mr. Kane and MS Schaeffer resident. The Milwaukee police officers had MS Schaeffer held in the kitchen for four hours while they were searching for the house, garage and vehicles while they waited for a search warrant to take materials out of the home. The police took photos of the residents inside and out the residents. Milwaukee police caused damage to our front and side door and the garage door and a loss of life to an emotional support cat and caused mental health to MS Schaeffer and her 11-year-old daughter. They caused over 20,000 in damages to Mr. Kane and Ms. Schaeffer residents, illegally put 13,000 liens on the home they both own. Loss of income due to DA's contacting the SSI to cut Mr. Kane off due to him going to prison. Then a couple of months later they tried to through a flash bang in MS Schaeffer daughters window while they were not home, but the head of neighborhood watch started to question the officers why they are doing this to these people they are not home and the Milwaukee police office threaten to arrest him if he didn't stay out of it. The head of neighborhood watch is willing to testify of this event. While Mr. Kane was in custody he had severe anxiety attach and passed while he was hand cuff and leather strap belt he passed out due to his severe anxiety attack while he was suspended in mid earie he woke up to eight officers bunching and kicking him, where then shortly after they removed him and put him in a strapped chair where he could not breath and his blood pressure was so severely high that the nurse told him if he does not calm down his heart his going to explode. Mr. Kanes blood press was 198/236 and the nurse asked one of the officers to loosen the straps and he refused so she went to one of the captains that was on duty at the time asked him and told him what was going on with Mr. Kane and his straps had to be loosened. The whole year and 7 seven months that Mr. Kane was held in jail he was harassed, threaten, and they kept putting people in his cell that kept trying to cause bodily harm to him, he developed food poisoning where he lost so much weight that he could have died due to his high metabolism and was refused medical attention. He believes they were trying to kill him while they had him in custody. Ms. Schaeffer went to the FBI build seeking help for Mr. Kane being treated unfairly and being mistreated and they did confirm a bruise on his right back thigh. They violated his due processes for a year and 7 months, said he was guilty until proven innocents, bonded over to trial with no evident to prove a crime existed and he was given excessive bell of 50,000. They illegal charged him with MS Schaeffer's firearm even though her firearm was willing surrender two months prior to them kicking in Mr. Kane and Ms. Scheaffer doors with an arrest warrant for a battery that he was already proven innocent in court and the case was closed and we have documents for that as well. We

have a lot of evidence in document format and videos of all the illegal allegations they are claiming against Mr. Kane. Where Mr. Kane and MS Schaeffer took it upon there self to build a case against the state and city of Milwaukee county where Mr. Kane went through 8 judges, 7 DA's that all jump off his case claiming conflict of interest and would not tell Mr. Kane what is the exact reason the DA and judges jumped off his case. When he asked his attorney, but nobody was giving him a response to his question. It became to the point where the chief of judge got involved to assign him a judge and an attorney because they did not want him to represent himself in court even though his was [proven competent to stand trial and represent himself. The DA threaten his attorney if Mr. Kane goes to trial and wins he will come up with other statute similar to the charges Mr. Kane was currently facing and then charge Mr. Kane on those and have him rebooked into county jail where then he threaten to go after Mr. Kanes fiancé if she didn't testify against Mr. Kane that the DA would put warrant out for Ms. Schaeffer's arrest and arrest and force her to testify against Mr. Kane. Mind you the DA knows at this point that MS Schaeffer was not just Mr. Kanes witness, but she was also a victim of their corruption. Mr. Kane and MS Schaeffer has witness that can testify that everything was illegal.

List of charges for lawsuit:

1. 4 counts of illegal search and seizure
2. 1 count prosecutorial misconduct
3. 2 counts police misconduct
4. 2 counts entrapment
5. 1 count false imprisonment
6. 1 count kidnapping
7. 1 count malicious arrest
8. 1 count malicious prosecution
9. 3 counts perjury
10. 1 count subornation of perjury
11. 1 count slender
12. 1 count defamation of character
13. 2 counts profiling
14. 2 counts targeting
15. 2 counts harassment
16. 4 counts of pain & suffering
17. 3 counts of Falses charges
18. 2 counts conspiracy to create crimes against a civilian
19. Multiple counts of tampering and disposing of evidence
20. Multiple counts of false documentation, false police report, false allegations

21. Loss of property
22. 1 count loss of life
23. 1 count falsifying liens on property
24. 1 count of vindictive prosecution
25. 3 counts of illegally modifying bail & excessive bail
26. 1 count double jeopardy
27. 1 count cruel and unusual punishment
28. Multiple counts of violation of due process
29. 1 count violation of 90-day speedy trials



Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I mr. Kane am Requesting 3.5 million & my juvenile and Adult record to be exsponged off of a deal without going to trail but if it were to go to trail the number will change and so will the deal and I will then go for $20 million and my juvenile and Adult record exsponged. Do to the severity of the situation. I Mr. Kane also fear for my safety and the safety of my family do to constant threat's by local P.D. and them constantly threanting to kill me.

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☒ – YES   ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this ___7___ day of ___31___ 20_25_.

   Respectfully Submitted,

   _____Alex Kowie_____
   Signature of Plaintiff

   _~~Alex Kane~~_ 414-850-8904
   Plaintiff's Telephone Number

   ilvdragons07@yahoo.com
   Plaintiff's Email Address

   _3573 S 84 St Milwaukee, WI 53228_
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

   ☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

   ☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5